# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00092-CV

**Philip O. Emiabata and Sylvia Emiabata, Appellants**

**v.**

**Washington Mutual Bank, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-07-003748, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellee Washington Mutual Bank brought an expedited foreclosure proceeding against appellants Philip O. Emiabata and Sylvia Emiabata. *See* Tex. R. Civ. P. 736. Appellants filed a motion to dismiss the proceeding, which the district court denied. This appeal followed.[1]

On April 28, 2008, Washington Mutual filed a motion to dismiss the appeal. Washington Mutual argues that this Court has no jurisdiction to consider the district court's interlocutory order denying appellants' motion to dismiss. We agree. Our appellate jurisdiction is limited to final judgments and those limited classes of interlocutory orders over which the legislature has given us jurisdiction. *Majeski v. Estate of Majeski*, 163 S.W.3d 102, 105 (Tex. App.—Austin 2005, no pet.) (citing *Stary v. DeBord*, 967 S.W.2d 352, 352-53 (Tex. 1998)). The legislature has

---

[1] In addition to filing a notice of appeal, appellants filed a motion to stay the foreclosure. On March 14, 2008, this Court overruled the motion to stay.

not given us jurisdiction over an order denying a motion to dismiss an expedited foreclosure proceeding. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (West Supp. 2007) (listing classes of interlocutory orders from which person may appeal); *see also* Tex. R. Civ. P. 736(8)(A) (providing that granting or denial of foreclosure application pursuant to rule 736 "is not an appealable order.").

We grant Washington Mutual's motion to dismiss and dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed: May 20, 2008

2